## PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923
at the Post Office, Cleveland, Ohio,
under the Act of March 3, 1879.

Issued Every Saturday          50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance........$15.00
Single Numbers ................................ .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

NEW RULE, effective July 1, 1926—All delinquents
for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone .......................... $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered
and paid for together, net......................$18.00

June Semi annual Digest, Free to all paid Abstract
Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary)
1926, net .................................... $3.00

To non subscribers to Abstract, net.............. $5.00

### THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library

13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in ad-
vance of the date to which their subscription is paid,
thus assuring them of ample knowledge in time to
prepay renewals, and save the 20 per cent we give to
those who mail the money in advance.

---

### No. 735

### SIMMER et v. SUPREME COUNCIL et

### No. 19921. Supreme Court

On motion to certify. Dock. June 23, 1926;
4 Abs. 475.

1197. TRUSTEES—Where property be-
longing to a corporation not for profit is
placed in the name of trustees; and all the
members of the association have ceased to be-
come members except the trustees, does the
property go in fee to said trustees individ-
ually?

This suit was brought originally in the
Franklin Common Pleas to quiet title in cer-
tain real estate in three Trustees.

It appears that a Lodge of a Masonic Order
formed a corporation not for profit and prop-
erty belonging to this Lodge was placed in the
names of said Trustees. Subsequently all the
members of the Lodge ceased to become mem-
bers except the three Trustees who now claim
the property in fee.

The judgment of the Common Pleas in favor
of the Trustees was affirmed by the Court of
Appeals.

The plaintiffs in error in the Supreme Court
contend:

1. That the corporation was formed illegal-
ly in that it was formed contrary to the con-
stitution of the order.

2. That the Trustees have no standing in a
court of equity by reason of their conduct.

Attorneys—Pugh & Pugh and E. E. Corwin,
for Simmer; J. N. Linton and J. M. Hengst,
for Council et; all of Columbus.

---

# Weekly Report of
# NEW CASES DOCKETED

### NEW CASES DOCKETED

Central Ohio Tran. Co. v. Pub. Utl. Comm........20065
Koch v. Karr, et..............................20070
N. Y. C. Rd. Co. v. Pub. Utl. Comm.............20072
Rech v Kraft, et..............................20069
State ex. Booth v. Goodyear Tire Co.............20067
State ex. Booth v. Wilmer, et...................20068
State ex. Freer v. Sperling....................20071
State ex. Meyers v. Butterfield, et.............20073
Toneff v. State...............................20066

### AUGUST 22, 1326

20065—Central Ohio Transit Co. v. Public Utilities
Commission of Ohio. O. M. Crotty and P. S. Knight,
Cleveland, for pltff; C. C. Crabbe and J. W. Bricker,
Columbus, for deft.

### AUGUST 23, 1926

20066—Mircho Toneff v. State of Ohio; action motion
for stay of execution and motion for leave to file petition
in error to Ottawa Appeals. Motion for stay of exe-
cution allowed. Stahl & Price, Toledo, for pltff; Don
Bell, Port Clinton, for deft.

### AUGUST 24, 1926

20067—State of Ohio ex, rel. G. W. Booth v. Goodyear
Tire & Rubber Co; Quo Warranto. G. W. Booth, Akron,
for pltff.

20068—State of Ohio ex. rel. G. W. Booth v. E. G.
Wilmer, et; Quo Warranto. G. W. Booth, Akron, for
pltff.

20069—W. G. Rech v. E. R. Kraft, et; motion for
Summit Appeals to certify. Doolittle, Foust and Holden,
Akron, for pltff; Rockwell & Grant, Akron, for deft.

20070—Ella M. Koch v. Harry C. Carr, et; motion for
Crawford Appeals to certify. C. F. Schaber, Bucyrus,
for pltff; L. C. Feighner and C. N. Ahl, Bucyrus, for
deft.

### AUGUST 25, 1926

20071—State of Ohio ex. rel. Chas. K. Freer v. Chas.
W. Sperling; in prohibition. Marshall, Melhorn, Mar-
low & Martin, Toledo, for pltff.

### AUGUST 26, 1926

20072—New York Central Railroad Co. v. Public Util-
ities Commission of Ohio; error to the Public Utilities
Commission of Ohio. C. T. Lewis, Columbus, for pltff;
C. C. Crabbe and J. W. Bricker, Columbus, for deft.

20073—State of Ohio ex. rel Chas. A. Meyers v. S. A.
Butterfield, et; in mandamus. S. A. Headley and C. P.
Taft, Cincinnati, for pltff.